# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ELISA SERNA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>  Defendants. | Case No. 20cv2096-LAB-MSB<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [Dkt. 7]** |

On December 30, 2020, Plaintiffs moved *ex parte* for leave to file a First Amended Complaint. (Dkt. 7.) No Defendant has filed a responsive pleading or motion under Rule 12(b), (e), or (f), so Plaintiffs are entitled to amend their pleading as a matter of course. Fed. R. Civ. P. 15(a)(1)(B).

The Motion is **GRANTED**. The First Amended Complaint is deemed filed as of December 30, 2020. *See Weiner v. Superior Court*, 58 Cal. App. 3d 525, 529-31 (1976) (amended pleading deemed filed on date it was included as exhibit to motion for leave to amend); *Albano v. Shea Homes Ltd. P'ship*, 634 F.3d 524, 530 (9th Cir. 2011) (federal courts sitting in diversity over state law claims apply state tolling rules).

For the convenience of the Parties and the Court, Plaintiffs are **ORDERED** to file a clean version of the First Amended Complaint, identical

in substance to the redlined version filed at Dkt. 7-1, no later than **January 6, 2021**.

The County and Sheriff Gore must file their response to the First Amended Complaint on or before their deadline to respond to the now-superseded Complaint, **January 20, 2021**. *See* Fed. R. Civ. P. 15(a)(3).

**IT IS SO ORDERED.**

DATED: January 4, 2021

Hon. Larry A. Burns
Chief United States District Judge