UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ELISA SERNA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.:  20-cv-2096-LAB-DDL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART COUNTY DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>[Dkt. No. 260] |

Before the Court is the County Defendants' Motion for Protective Order Re Unauthorized and Untimely Subpoena (the "Motion"). Dkt. No. 260.  The Motion is fully briefed.  Having considered the parties' arguments, and for the reasons stated on the record during the October 19, 2023 hearing, the Court **GRANTS IN PART** and **DENIES IN PART** the County Defendants' Motion.  The Court further **ORDERS** as follows:

In response to Plaintiffs' subpoena requesting "recuts from decedent Elisa Serna, ME case# 2019-02898, date of death 11/11/2019, date of birth 02/25/1995," the Medical Examiner shall produce responsive tissue samples or slides from Ms. Serna's lung tissue **only**.  The samples must be produced by not later than **October 23, 2023**.  The County's counsel, or another attorney from their office, shall inform the Medical Examiner of this Court's Order by the close of business on **October 19, 2023**.

1

Plaintiff's retained pathologist, Dr. Hua, must provide a supplemental expert report limited to the issue of whether the tissue samples show that Ms. Serna suffered from aspiration pneumonia at the time of her death by not later than **October 26, 2023**.

Any rebuttal to Dr. Hua's initial and supplemental reports by the County Defendants, whether by a retained or nonretained expert, must be served by not later than **November 6, 2023**.  All other expert discovery is subject to the deadlines set forth in the Court's September 11, 2023 minute order.  Dkt. No. 230.

All other deadlines, including the deadline to complete expert discovery and the deadline to file dispositive motions, remain as previously set.  *See* Dkt. Nos. 227, 230.

**IT IS SO ORDERED.**

Dated: October 19, 2023

_____
Hon. David D. Leshner
United States Magistrate Judge