

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Estate of Elisa Serna; S.H.; Michel Serna; Paloma Serna;<br><br>**Plaintiff,**<br><br>V.<br><br>County of San Diego; Barbara Lee; Mark O'Brien; Friederike C. Von Lintig; Lorna Roque; Danalee Pasqua; Hazel Camama; Coast Correctional Medical Group; William Gore; Lacee Lovisa; Reishone Foster; Does 3-30<br><br>**Defendant.** | Civil Action No.  20cv2096-LAB(DDL)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants Lacee Lovisa and Reishone Foster moved for entry of partial final judgment in their favor under Rule 54(b).
The motion for entry of final judgment was granted. Final judgment is entered in favor of Lovisa and Foster.

Date:    11/8/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy