# EXHIBIT F

| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT<br>MEDICAL SERVICES DIVISION | Operations Manual |
|---|---|
| SUBJECT: ADDICTED ARRESTEE CARE | DATE: 9/30/2015 |
| CATEGORY: MEDICAL & PSYCHIATRIC SERVICES | NUMBER: MSD.A.2 |
| DISSEMINATION: MEDICAL SERVICES DIVISION | PAGE: 1 |

RELATED SECTIONS:
IN COMPLIANCE WITH:   CCR, TITLE 15, SECTION 1208 &1210; CALIFORNIA HEALTH AND SAFETY CODE SECTION AND IMQ SECTIONS 303 AND 322.

PURPOSE

To insure that the addicted arrestees will receive necessary medical treatment throughout their incarceration. To insure a safe environment for the arrestee during the detoxification phase.

POLICY

Medical care shall be provided to patients exhibiting symptoms of addiction from recreational drugs, controlled substances or alcohol.

PROCEDURE

I. When there is reasonable cause to believe an arrestee has an addictive condition, nursing staff will implement a treatment plan in accordance with the standardized nursing procedure (SNP).
II. An arrestee with an addictive condition will be monitored for signs, symptoms and complications of withdrawal.
III. An arrestee who prior to their incarceration was being treated at an Outpatient Treatment Center (Methadone clinic) for heroin dependence will have the opportunity to continue treatment (dosing) according to the Methadone Clinic's protocols. The patient will assume the financial responsibility for continued treatment. An exception to this would be in the event that a pregnant female were unable to pay for services and cessation of Methadone treatment could jeopardize the viability of the fetus.
IV. The following processes should be followed when an individual states that they are currently in a Methadone Treatment Program.
   A. Advise the patient that it is their responsibility to contact their Outpatient Treatment Center (Methadone clinic).
   B. On those occasions when assistance is needed, the nursing staff may assist the patient.
   C. Methadone Programs will only dose Patients at the three booking detention facilities: SDCJ, LCDRF and VDF and for that reason, transfers to non-booking detention facilities should be delayed until the tapering Methadone treatment has been completed.
   D. Patient's medical record shall be flagged as an Outpatient Treatment Center (Methadone clinic) patient. Nursing staff to enter JIMS Instruction as Methadone Clinic x14 days.
   E. The Methadone Clinic Program will be responsible for supplying and administering Methadone as well as maintaining required records.
   F. The following are approved Outpatient Treatment Centers (Methadone clinics):
      1. San Diego Health Alliance (San Diego)
         7020 Friars Road, San Diego, CA 92123
         (619) 718-9890

CSD-002717 (Estate of Serna 20cv2096)

**EXHIBIT F**

| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT<br>MEDICAL SERVICES DIVISION | Operations Manual |
|---|---|
| SUBJECT: ADDICTED ARRESTEE CARE<br>CATEGORY: MEDICAL & PSYCHIATRIC SERVICES<br>DISSEMINATION: MEDICAL SERVICES DIVISION | DATE: 9/30/2015<br>NUMBER: MSD.A.2<br>PAGE: 2 |

RELATED SECTIONS:
IN COMPLIANCE WITH: CCR, TITLE 15, SECTION 1208 &1210; CALIFORNIA HEALTH AND SAFETY CODE SECTION AND IMQ SECTIONS 303 AND 322.

2. San Diego Health Alliance (El Cajon)
   234 N. Magnolia Avenue, El Cajon, CA 92020
   (619) 579-8373
3. San Diego Health Alliance (San Marcos)
   1560 Capalina Street, San Marcos, CA 92069
   (760) 744-2104
4. Home Avenue Clinic
   3940 Home Avenue, San Diego, CA 92105
   (619) 262-8000
5. SOAP MAT, LLC
   3230 Waring Court Suite A Oceanside, CA 92056
   (760) 305-7528
6. Third Ave. St. Clinic (San Diego Treatment Services)
   1161 3rd Avenue, Chula Vista, CA 91911
   (619) 498-8260

G. Additional processes must be followed upon incarceration if the female patient is pregnant and heroin dependent and is not currently in a Methadone Treatment Program.
   1. Ascertain whether patient is greater or less than 20 weeks.
      a. If the nurse is unable to determine by patient's LMP and/or physical assessment:
         - Obtain an order for stat ultrasound to determine fetal age.
         - If the facility is unable to do an ultrasound within 24 hours, refer the patient to a contracted provider for a STAT ultrasound.
   2. Upon incarceration if the pregnant female is less than 20 weeks:
      a. Contact facility OB provider.
      b. Initiate SNP for heroin withdrawal per OB's recommendation.
      c. Schedule for the next OBSC.
   3. Upon incarceration, if the pregnant female is greater than 20 weeks pregnant and in active heroin withdrawal:
      a. Immediately refer to labor and delivery at UCSD for management.
   4. Upon incarceration if the pregnant female is greater than 20 weeks pregnant and by history has been using heroin prior to incarceration but is not actively withdrawing from heroin;
      a. Contact the on call OB-GYN physician and obtain an order for Morphine. Staff will need to ascertain how much heroin the individual is currently taking. This information will be used as a guideline to determine amount of Morphine to be prescribed.
      b. Follow direction of OB provider re: Morphine dosing.

**ADDICTED ARRESTEE CARE**

| SAN DIEGO COUNTY SHERIFF'S DEPARTMENT<br>MEDICAL SERVICES DIVISION | Operations Manual |
|---|---|
| SUBJECT: ADDICTED ARRESTEE CARE<br>CATEGORY: MEDICAL & PSYCHIATRIC SERVICES<br>DISSEMINATION: MEDICAL SERVICES DIVISION | DATE: 9/30/2015<br>NUMBER: MSD.A.2<br>PAGE: 3 |

RELATED SECTIONS:
IN COMPLIANCE WITH: CCR, TITLE 15, SECTION 1208 &1210; CALIFORNIA HEALTH AND SAFETY CODE SECTION AND IMQ SECTIONS 303 AND 322.

H. In the event the female patient is pregnant and currently in a Methadone Treatment Program:
   1. Obtain Treatment Program's information and call the agency and advise them of their patient's incarceration.
   2. Arrange for the patient to continue receiving methadone treatment from the clinic.
   3. If patient is unable pay for the service, notify the facility nursing supervisor and the director of nursing.
I. Facility case manager will assist in coordinating services for the pregnant patient.
   In the event a pregnant patient is transferred from a prison or agency and is currently receiving Methadone.
   1. Review transfer medication information.
   2. Notify the facility nursing supervisor and the director of nursing.
   3. Call the El Cajon Health Alliance Clinic at (619) 579-8373 and give them a brief medical history of the patient. Included in this information should be a booking number.
   4. Complete a form letter and fax to (619) 579-8155 together with the order for Methadone from prison or outside county/state agency.
   5. Notify facility OB to obtain order for recommended treatment while awaiting appointment with the Methadone clinic.
J. In the event the pregnant patient is scheduled for court:
   1. Notify facility OB provider and obtain recommendations re: Methadone dose for the day.
K. In the event the pregnant patient comes into custody over a weekend:
   1. Obtain the name and phone number of the patient's Methadone Clinic.
   2. Contact San Diego Health Alliance. at (619) 579- 8373
      **SD Health Alliance has limited hours on the weekends. **
   3. After hours, notify on call OB provider and obtain treatment recommendations.
   4. MSD Staff member will fax information, including a release of information (ROI) to SD Health Alliance.
   5. A follow-up call will be made by facility medical staff member to SD Health Alliance to arrange dosing.

Implemented: 1/90

Reviewed: 9/19/97, 8/10/01, 9/18/02, 8/9/04, 8/12/05, 7/31/06, 7/31/07, 07/09/08, 7/13/09, 2/2/12, 2/12/13, 9/10/15, 8/1/2019,
Revised: 3/18/92, 2/26/93, 4/1194, 5/24/95, 1/29/96, 9/17/96, 9/18/98, 8/11/99, 7/31/00, 8/18/00, 5/21/07, 2/28/11, 9/30/15