EXHIBIT C



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## MEDICAL CLEARANCE - Completed by: Leah Testado RN on 11/6/2019 12:32:59 AM PST

| | | |
|---|---|---|
| **Patient:** SERNA, ELISA | **#:** 400304150 (19769637) | **Class:** 3 |
| **DOB:** 2/25/1995 (Age=27) | **Sex:** F | **Race:** W |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 11/6/2019 12:21:14 AM PST | **Release:** 11/12/2019 10:59:00 AM |

### Does the screener observe, or is the inmate demonstrating any of the following?

☐ In need of Emergency Medical Treatment due to injury, excessive bleeding, extreme pain, or unconsciousness?

Describe:

☐ Hallucinating, delusional, nonsensical, unresponsive, confused, paranoid, altered mental status, or inappropriate conduct?

Describe:

☐ Intoxicated, in withdrawal, slurred speech, unsteady gait, stupor, tremulous, sweating, anxious, abnormal breathing, or hyperventilating?

Describe:

☐ Voicing current, or very recent, suicidal thoughts?

Describe:

☐ Disoriented to person, place, time, and/or situation?

Describe:

Fit to Continue Booking Process?

☑ Yes

☐ No

☐ Rec To ISP - Immediate        ☐ Rec To ISP – Post Screen        ☐ Rec To Sobering Cell - Immediate

☐ Rec To Sobering Cell – Post Screen        ☐ Gate refusal

SERNA, ELISA   400304150 (19769637)

**EXHIBIT C**


## RECEIVING SCREENING - Completed by: Leah Testado RN on 11/6/2019 12:39:13 AM PST

| | | |
|---|---|---|
| **Patient:** SERNA, ELISA | **#:** 400304150 (19769637) | **Class:** 3 |
| **DOB:** 2/25/1995 (Age=27) | **Sex:** F | **Race:** W |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 11/6/2019 12:21:14 AM PST | **Release:** 11/12/2019 10:59:00 AM |

☐ Refused

☐ **Patient Refused**

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
|---|---|---|---|---|---|---|---|---|
| 121 / 66 | 98.0 | 99 | 18 | na | na | na | 5 | 3 |
| **Weight** | **BMI** | **MAP** | | | | | | |
| 120 | 21.3 | 84.33 | | | | | | |

Current Allergies

No Known Drug Allergy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Screeners: All questions in this form must be addressed. For questions with a single checkbox, by leaving the checkbox unselected, you are documenting your conclusion that all parameters of the question are false. By selecting the checkbox, you are acknowledging a positive response to the item and further documentation must be provided in the corresponding questions and text boxes.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ARRESTING OFFICER QUESTIONS--Select and Document all that apply**

_____

Arresting Agency? SDSO - SAN DIEGO SHERIFF OFFICE

Officer's Name?

Cross

Officer's Badge #?

0209

Is the attending officer aware of any Illness or Injuries?

☐ Yes

☑ No

Is the attending officer aware of any Current/Recent Suicidal Ideation?

SERNA, ELISA   400304150 (19769637)

- [ ] Yes
- [x] No

Is the attending officer aware of any signs that the patient is under the influence of Drugs or Alcohol?

- [ ] Yes
- [x] No

Is the attending officer aware of any Combative, Assaultive or Extremely Hostile Behavior?

- [ ] Yes
- [x] No

Is the attending officer aware of any Treatment by Medical Personnel in the Field?

- [ ] Yes
- [x] No

Was a PERT Evaluation performed surrounding the arrest?

- [ ] Yes
- [x] No

Do you have any additional information to help us care for the patient's health and safety?

- [ ] Yes
- [x] No

During the initial call, was there any indication of a mental health concern?

- [ ] Yes
- [x] No
- [ ] NA

**GENDER IDENTITY--Select and Document all that apply**

_____

- [ ] Identifies as Transgender

| | | |
|---|---|---|
| [ ] Transgender - Male Gender | [ ] Transgender - Female | [ ] Transgender - Non-Binary |

**CHRONIC CONDITIONS--Select and Document all that apply**

_____

**Neurological**

- [ ] Seizures

**Respiratory**

SERNA, ELISA   400304150 (19769637)

- ☐ Asthma

## Cardiovascular

- ☐ Hyperlipidemia
- ☐ Hypertension

## Endocrine

- ☐ Diabetes

## Infectious Disease

- ☐ HIV
- ☐ Tuberculosis

## Behavioral Health Chronic Care

- ☐ Mood Disorders
- ☐ Psychotic Disorders

## Hematology/Oncology

- ☐ Dialysis

**If the item below is checked, the patient has a pending TB workup from an incarceration within the last 6 months. This patient will be added to the TB Workup queue in Admissions/Discharge, and a Medical Chart Review sick call will be scheduled.**

- ☐ TB Workup

**GENERAL MEDICAL ASSESSMENTS--Select and Document all that apply**

_____

- ☐ Current medications or treatments

Current Medications:

- ☐ Yes
- ☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|---|---|---|---|---|---|---|---|

- ☐ Recent medical hospitalizations (Past 30 Days)

**List location, time and reason for each**

- ☐ Dental issues requiring Dentist Sick Call appointment

**Describe**

- ☐ Head injuries or fainting/passing out in the last 72 hours

SERNA, ELISA   400304150 (19769637)

CSD-001218 (Estate of Serna v 20cv2096)

**EXHIBIT C**

**Please provide details of injury and/or symptoms below**

Does the patient have any active infections or contagious illnesses?

☐ Yes

☑ No

☐ No Response

☐ General-fever, lethargy, weight loss, loss of appetite, night sweats

☐ Skin-Lesions, needle marks, abscesses, bruises, rash, jaundice, lice, trauma, scars, tattos

☐ Pulmonary-Persistent cough, coughing up blood

Does the inmate have issues with mobility (Cane, Wheelchair, Prosthetics, Crutches, Splints)?

☐ Yes

☑ No

☐ No Response

☐ Crutches  ☐ Cane  ☐ Wheelchair

☐ Prosthetics

Does the individual have other limitations like hearing, visual, communication?

☐ Yes

☑ No

☐ No Response

☐ Hearing (Category ADM)  ☐ Visual (Category ADM)  ☐ Communications (Category ADM)

**MENTAL HEALTH SCREENING--Select and Document all that apply**

Is the patient a state hospital returnee?

☐ Yes

☑ No

Was the patient evaluated at the EPU in conjunction with this arrest?

☐ Yes

☑ No

SERNA, ELISA   400304150 (19769637)

CSD-001219 (Estate of Serna v 20cv2096)

**EXHIBIT C**

**Mental Health History**

Are you a client of the regional center for the developmentally disabled?

☐ Yes

☑ No

☐ No Response

☐ PSU                    ☐ In Custody Suicide Attempt        ☐ History of ISP
☐ History of JBCT        ☐ State Hospital Returnee

Have you ever been a victim of sexual assault while incarcerated or in the community?

☐ Yes

☑ No

☐ No Response

**Columbia-Suicide Severity Rating Scale**

1) Have you wished you were dead or wished you could go to sleep and not wake up?

☐ Yes

☑ No

2) Have you had any actual thoughts of killing yourself?

☐ Yes

☑ No

3) Have you been thinking about how you might do this?

☐ Yes

☐ No

4) Have you had these thoughts and had some intention of acting on them?

☐ Yes

☐ No

5) Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan?

☐ Yes

☐ No

6) Have you ever done anything, started to do anything, or prepared to do anything to end your life?

☐ Yes

☑ No

**How long ago did you do any of these?**

SERNA, ELISA   400304150 (19769637)

- ○ Over a year ago?
- ○ Between three months and a year ago?
- ○ Within the last three months?

_____
_____

**Additional Suicide Risk Questions**

Have you recently experienced a significant loss (relationship, death of a family member/close friend, job, etc.)?

- ☐ Yes
- ☑ No
- ☐ No Response

Has a family member or close friend ever attempted or committed suicide?

- ☐ Yes
- ☑ No
- ☐ No Response

Do you feel there is nothing to look forward to in the immediate future (inmate expressing helplessness and/or hopelessness)?

- ☐ Yes
- ☑ No
- ☐ No Response

**Brief Jail Mental Health Screen**

1) Do you currently believe that someone can control your mind by putting thoughts into your head or taking thoughts out of your head?

- ☐ Yes
- ☑ No

2) Do you currently feel that other people know your thoughts and can read your mind?

- ☐ Yes
- ☑ No

3) Have you currently lost or gained as much as two pounds a week for several weeks without even trying?

- ☐ Yes
- ☑ No

4) Have you or your family or friends noticed that you are currently much more active than you usually are?

- ☐ Yes
- ☑ No

5) Do you currently feel like you have to talk or move more slowly than you usually do?

- [ ] Yes
- [x] **No**

6) Have there currently been a few weeks when you felt like you were useless or sinful?

- [ ] Yes
- [x] **No**

7) Are you currently taking any medication prescribed for you by a physician for any emotional or mental health problems?

- [ ] Yes
- [x] **No**

8) Have you ever been in a hospital for emotional or mental health problems? If yes, when was your most recent hospitalization?

- [ ] Yes
- [x] **No**

**SUBSTANCE USE ASSESSMENTS--Select and Document all that apply**

Prior to your arrest, did you swallow or hide any drugs in any body cavity?

- [ ] Yes
- [x] **No**
- [ ] No Response

History or risk of alcohol or drug withdrawal?

- [x] **Yes**
- [ ] No
- [ ] No Response

Recent use of alcohol, illegal drugs or prescription pain medications?

- [x] **Yes**
- [ ] No
- [ ] No Response

**Most recent alcohol, sedative, or opiate use:**

- (●) **5 days or less**
- ( ) 6 days or greater

**FEMALE ONLY ASSESSMENT--Select and Document all that apply**

- [x] **Patient Tested for pregnancy according to site's testing policy**

SERNA, ELISA   400304150 (19769637)

- ⦿ Positive hCG
- ○ Negative hCG

Are you pregnant?

- ☑ Yes
- ☐ No

Date of last Menstrual Cycle 10/1/2019

EDC

Gravida Para Abortis:

Have you had a baby within the last six months?

- ☐ Yes
- ☑ No

Are you Breastfeeding?

- ☐ Yes
- ☐ No

Are you receiving postpartum care?

- ☐ Yes
- ☐ No

Have you had an abortion within the last month?

- ☐ Yes
- ☑ No

Date of Abortion:

**MISCELLANEOUS ASSESSMENTS–Select and Document all that apply**

_____

**Does the inmate have any of the following:**

- ☑ Medicaid/MediCAL
- ☐ Medicare
- ☐ Private Health Insurance

Insurance Carrier(s):

Plan Name:

molina

**DISPOSITION/TREATMENT PLAN–Select and Document all that apply**

_____

SERNA, ELISA   400304150 (19769637)

CSD-001223 (Estate of Serna v 20cv2096)

**EXHIBIT C**

- ☐ Medical Sick Call needed

- ☐ Release signed to obtain all medical records, pharmacy records, substance abuse records

- ☐ Oral Hygiene Instructions Provided

**Housing Assignment:**

| | | |
|---|---|---|
| ☐ Infirmary/MOB | ☐ PSU | ☐ OPSD |
| ☐ Med ISO | ☐ Med Mainline | |

Fit to Continue Booking Process?

- ☑ Yes
- ☐ No

| | | |
|---|---|---|
| ☐ Clinically Screened – Cleared to Class | ☑ 2nd Stage Nurse Evaluation/NAP | ☐ Rec To ISP |
| ☐ Rec To Sobering Cell | ☐ Gate Refusal | |

Patient Signature

SERNA, ELISA   400304150 (19769637)

CSD-001224 (Estate of Serna v 20cv2096)
**EXHIBIT C**


# GENERAL INFORMED CONSENT - Completed by: Leah Testado RN on 11/6/2019 12:39:27 AM PST

| | | |
|---|---|---|
| **Patient:**SERNA, ELISA | **#:**400304150 (19769637) | **Class:**3 |
| **DOB:**2/25/1995 (Age=27) | **Sex:**F | **Race:**W |
| **Housing:**- - - - | **Court Date:** | **Type:** |
| **Status:**NOT ACTIVE | **Booking Date:**11/6/2019 12:21:14 AM PST | **Release:**11/12/2019 10:59:00 AM |

☐ Refused

☐ Patient accepts treatment, but declines to sign waiver

English

The undersigned patient authorizes and requests the San Diego County Sheriff's Medical Services, its physicians, dentists, contracted agents and its medical personnel to administer and perform any and all medical examinations, including photographs, and treatments, dental examinations and treatments, diagnostic procedures to include Telehealth (Medical and/or Psychiatry) Consultation, as deemed advisable or necessary. Further authorize to provide to the Health Information Exchange my medical record(s) in whole or in part for the purpose of continuity of care by other authorized providers or de-identified information for the purpose of studies for the prevention of diseases or illness.

The undersigned patient authorizes and requests San Diego County Sheriff's Medical Services Division, mental health personnel to provide evaluation and treatment of emotional and mental health problems. The treatment services requested are Outpatient and Inpatient as indicated.

I understand that my participation is voluntary. Confidentiality may be observed except for reference to jail escapes, immediate threats to others, elder/child abuse, loss of consciousness that may impede driving, and homicidal or suicidal expressions. Release of medical information is authorized under Federal Privacy laws for investigations by City, County, State and Federal law enforcement agencies.

State laws require clinics and physicians to report certain injuries and illnesses. These include communicable diseases (to prevent spread), injuries which may have been caused unlawfully, and illnesses/conditions which cause lapse of consciousness. Federal law requires reporting of any information of alleged sexual abuse.

I UNDERSTAND THAT IF I AM TAKING MEDICATION SHERIFF'S MEDICAL STAFF WILL ATTEMPT TO VERIFY IT WITH MY PHYSICIAN OR PHARMACY. IF I DO NOT RECEIVE IT WITHIN SIX (6) DAYS, OR SOONER IF NEEDED, I AM TO SUBMIT A SICK CALL SLIP STATING I NEED MY MEDICATIONS.

SERNA, ELISA   400304150 (19769637)

CSD-001225 (Estate of Serna v 20cv2096)

**EXHIBIT C**

I consent to receive verified prescription medications necessary for continuity of my medical/psychiatric care until I am seen by the Sheriff's medical/psychiatric provider.

IF I AM REFERRED TO A PHYSICIAN/DENTIST, INCLUDING A SPECIALIST, AND HAVE NOT BEEN SEEN OR MY EVALUATION AND TREATMENT HAVE NOT BEEN COMPLETED, I UNDERSTAND THAT I AM RESPONSIBLE TO FOLLOW UP WITH MY OWN PHYSICIAN/DENTIST UPON MY RELEASE.

Patient Signature



## STERILIZATION INFORMATION - Completed by: Leah Testado RN on 11/6/2019 12:39:45 AM PST

| | | |
|---|---|---|
| **Patient:** SERNA, ELISA | **#:** 400304150 (19769637) | **Class:** 3 |
| **DOB:** 2/25/1995 (Age=27) | **Sex:** F | **Race:** W |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 11/6/2019 12:21:14 AM PST | **Release:** 11/12/2019 10:59:00 AM |

☐ Refused

**Notification of Rights Regarding Sterilizing Surgeries**

English

_____

**This is a summary of your rights outlined in Senate Bill 1135, approved by the governor and put into law September 25, 2014.**

**Sterilizing Surgery is a surgical procedure that permanently ends your ability to have children of which some or all of your reproductive parts are removed or altered.**

**If you are offered a tubal ligation...**

**• You have the right to refuse. Sterilization cannot be used in county jail, juvenile facility, or state prison for the purpose of birth control. This means a sterilizing procedure cannot be used to solely end future chance of pregnancy. Sterilization can only be used in county jail to address health condition (for example, cervical cancer).**

**• If you are diagnosed with a health condition and offered a sterilizing procedure as treatment...**

**Examples of a sterilizing procedure include: a hysterectomy (removal of your uterus), an oophorectomy (removal of your ovaries), and a salpingectomy (removal of the fallopian tube).**

**This is not a comprehensive list so be sure to ask your doctor if the procedure they are recommending is a sterilizing procedure.**

**• Ask to see a second doctor who does not work for the county department overseeing your confinement. You have the right to see a second doctor who does not work for the county jail before deciding that you would or would not**

SERNA, ELISA   400304150 (19769637)

want a sterilizing procedure.

• Ask for less invasive, less permanent remedies. You do not have to try less invasive, less permanent remedies but less invasive, less permanent remedies than sterilization must be offered to you before you receive a sterilizing procedure. (For example, fibroids can be shrunken or removed during surgery without taking out the uterus.)

• Ask for full information about the sterilizing procedure. You must be told the full effects of the sterilizing procedure, including its permanence, side effects, and the impacts it may have on your future health care needs.

At this point, if you have refused the less invasive, less permanent remedy, OR if a second doctor that does not work for the county department recommends a sterilizing procedure to take place, AND if you have been given full information about the sterilizing procedure, a doctor may lawfully provide a sterilizing procedure on you.

Note: If the sterilizing procedure is needed for the immediate preservation of your life, a doctor may lawfully provide a sterilizing procedure to you without satisfying your rights listed above.

If you have a sterilizing procedure while in county jail, a juvenile facility, or state prison...

• Ask for psychological and/or medical follow-up care. Sterilizing procedures can impact one's psychological, physical, and emotional wellbeing. You have the right to follow up health care to address your psychological, physical, and emotional wellbeing. You may also need hormone therapy to address surgical menopause and other care to help you recover from the surgery.

Arjis#:

5242



Patient Signature

SERNA, ELISA   400304150 (19769637)

CSD-001228 (Estate of Serna v 20cv2096)
**EXHIBIT C**



## MEDICAL SERVICES - Completed by: Leah Testado RN on 11/6/2019 12:40:05 AM PST

| | | |
|---|---|---|
| **Patient:** SERNA, ELISA | **#:** 400304150 (19769637) | **Class:** 3 |
| **DOB:** 2/25/1995 (Age=27) | **Sex:** F | **Race:** W |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 11/6/2019 12:21:14 AM PST | **Release:** 11/12/2019 10:59:00 AM |

☐ Refused

<span style="background-color:pink">English</span>

**MEDICAL SERVICES**

**Inmates have the right to access medical, dental, and psychiatric care:**

**Emergency: Contact the nearest corrections officer and he/she will call for a nurse.**

**Non-emergency: You may request a Medical/Dental Request Form from the nurse at medication pass. These forms are to request medical assistance and must be turned into the nurse during medication pass for triage (review) of the complaint.**

**Medical/Dental Request Forms: The forms are available from the nurse twice daily. The sick call nurse will triage (review) the forms. The sick call/charge nurse, who will assess your symptoms within 24-72 hours after your form has been picked up, will see you. If he/she cannot address your symptoms or complaints through nursing protocols, you will be referred to the next available physician or physician assistant sick call.**

**Medical Request/Grievance Forms: If you are not satisfied with any aspect of your health care, you have the right to request information or send a grievance to the contracted Medical Services provider, Health Services Administrator, for an investigation and response to your complaint.**

**Medical/Dental Access and Medication Fee Policy Statement:**

SERNA, ELISA   400304150 (19769637)

**No inmate will be refused medical treatment because of inability to pay. A Medical/Dental Access and Medication Fee may be charged to the Inmate's Trust Account for medical care provided. For non-chronic care requests, the medical access fee process begins with the sick call/charge nurse assessment of the problem. There is no charge for referral to the physician or follow-up care; however, if medication is prescribed or renewed by the sick call/charge nurse or physician, there will be an additional medication fee assessed. If an inmate requests emergency care that is determined not to be an emergency condition, that inmate may be charged a Medical Access Fee for calling a false emergency. The determination of the condition will be made by medical/nursing staff and the inmate will be informed of the assessed charge.**

**Any complaints regarding the Medical/Dental Access and/or the Medication Fee policies should be addressed to Jail Administration.**



Patient Signature

SERNA, ELISA   400304150 (19769637)

CSD-001230 (Estate of Serna v 20cv2096)

**EXHIBIT C**



## Sick Calls - SERNA, ELISA 19769637

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Second Stage Nurse Eval | 11/6/2019 | Second Stage Nurse Eval scheduled from Receiving Screening Cancelled by leah.testado on 11/6/2019 Reason: Cancelled due to earlier scheduled appointment of 11/6/2019 | 11/6/2019 |
| Second Stage Nurse Eval | 11/6/2019 | UPT (+) ,Pregnant G2P1 LMP 10/01/19 per pt. alcohol everyday, injects 2g geroin and takes 2 xanax everyday. ETOH/ Heroin W/D BS = 82mg/dl | 11/6/2019 |
| Second Stage Nurse Eval | 11/6/2019 | Complete COWS per Receiving Screening-Comprehensive Detox. | 11/6/2019 |
| Registered Nurse Sick Call | 11/9/2019 | ETOH W/D | 11/7/2019 |
| Registered Nurse Sick Call | 11/7/2019 | Heroin & Opiate w/d | 11/9/2019 |
| Registered Nurse Sick Call | 11/9/2019 | SOAP Note | 11/9/2019 |
| Medical Doctor Sick Call | 11/9/2019 | MDSC - UPT (+), HEROIN, OPIATE, ETOH W/D - last took 11/6/19 @ 2300. MUST SEE MUST SEE , with COURT ODER 11/8/19 not seen today at crt-11/8 | 11/10/2019 |
| OB/GYN | 11/18/2019 | G2P1 LMP 10/1/19, heroin, opioid, and etoh user Patient want Abortion Cancelled by maria.vargas-pippins on 11/10/2019 Reason: duplicate | 11/10/2019 |
| Registered Nurse Sick Call | 11/11/2019 | SOAP Note | 11/11/2019 |
| OB/GYN | 11/11/2019 | claims she is 5 weeks preg, req termination of pregnancy. G2P1 LMP 10/1/19, heroin, opioid, and etoh user Patient want Abortion | 11/11/2019 |
| Medical Doctor Sick Call | 11/11/2019 | Add on: etoh/heroin abuse, pregnant forcing self to vomit. Placing fingers on her throat | 11/11/2019 |
| Medical Doctor Sick Call | 11/11/2019 | Emergency | 11/11/2019 |

| Name | Scheduled Date | Reason | Completed Date |
|---|---|---|---|
| Registered Nurse Sick Call | 11/12/2019 | QFT **** APPOINTMENT CANCELLED ON RELEASE **** | 11/14/2019 |
| Dental Sick Call | 9/1/2020 | Dental Sick Call scheduled from Receiving Screening **** APPOINTMENT CANCELLED ON RELEASE **** | 11/14/2019 |
| Medical Doctor Sick Call | 11/11/2019 | F/u in am for r/u to ML Pt had tonic phase/ body rigidity but no jerky movements. Forcing self to throw up.( she drinks water then she will place finger in her throat to vomit) **** APPOINTMENT CANCELLED ON RELEASE **** | 11/14/2019 |
| Psychiatry Sick Call | 11/11/2019 | Pt noted forcing self to vomit, placing finger on her throat. **** APPOINTMENT CANCELLED ON RELEASE **** | 11/14/2019 |


## Progress Notes - SERNA, ELISA 400304150 (19769637)

| Charmaine Bemarte RN POSTED ON 11/6/2019 2:24:21 AM PST | Type: RN NOTE |
|---|---|

S: "Yes, I use heroin, xanax, and drink. I used them about 2 hours ago"

O: Patient booked. States last used ETOH, Heroin, and Xanax at 2300 on 11/5/19. Patient states she is fine right now. No s/s of withdrawal noted. No signs of shakes, vomitting, discomfort, irritability. NAD. Breathing even and unlabored. Ambulatory with steady gait. Speech clear and coherent. Patient also UPT (+).

A: Altered health maintenance

P: Scheduled for MDSC

SNP started for pregnant patient

: Will endorse to AM shift

: Advised patient to drink PO fluids as tolerated

: Advised patient to notify staff if condition worsens

: Verbalized understanding

Addendum:

| SOAP NOTE BY: Charmaine Bemarte RN POSTED ON 11/6/2019 2:24:39 AM PST | Type: RN NOTE |
|---|---|

### Subjective

### Objective

| BP: 121/66 | Temp: 98 | Pulse: 99 | Resp: 18 | Wt: 120 | Sa02: | BS: na | Pain: |
|---|---|---|---|---|---|---|---|

### Assessment

### Plan

**Please add Low Bunk and Extra Mattress Flag as indicated.**

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Prenatal Vitamin Plus Low Iron Oral | 27-1 MG | 1 | 11/6/2019 00:00:00 | 1/4/2020 23:59:59 | Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only |

| Diet Name | Start | Stop |
|---|---|---|
| Prenatal | 11/6/2019 00:00:00 PST | 1/6/2020 23:59:59 PST |

| Addendum: | |
|---|---|

**Charmaine Bernarte RN POSTED ON 11/6/2019 5:26:07 AM PST**                                                    Type: RN NOTE

On Call MD called @ 0518

TORB given - GIVE ZOFRAN 4 MG BID FOR 5 DAYS. No other orders given.

| Addendum: | |
|---|---|

**Dennis DelRio RN POSTED ON 11/7/2019 12:41:43 PM PST**                                                    Type: RN NOTE

S-" I'm OK"

O- patient alert and oriented on all spheres, no shakes/tremors, no episodes of vomiting, VSS, ambulatory with steady gait. No sign of heroin/etoh wd.

A-alt. in health maintenance

P-advised to increased fluid intake and take her medications.verbalized understanding.

| Addendum: | |
|---|---|

**Dennis DelRio RN POSTED ON 11/7/2019 12:43:40 PM PST**                                                    Type: RN NOTE

Patient is pregnant and claimed that she want abortion , want to talk to the doctor, placed in OBSC

| Addendum: | |
|---|---|

**Mabel Domingo CRN POSTED ON 11/8/2019 10:51:22 AM PST**                                                    Type: RN NOTE

RNSC for Heroin & Opiatel withdrawal f/u: Not seen this morning, patient went to court. Rescheduled for PM f/u.

| Addendum: | |
|---|---|

**Dennis DelRio RN POSTED ON 11/8/2019 4:41:03 PM PST**                                                    Type: RN NOTE

Patient not seen today at crt

| Addendum: | |
|---|---|

**Mabel Domingo CRN POSTED ON 11/8/2019 5:11:31 PM PST**                                                    Type: RN NOTE

RNCC: Received court order: "Medical referral for Jail". Already on MDSC in AM as Must See.

| Addendum: | |
|---|---|

**SOAP NOTE BY: Amanda Winey RN POSTED ON 11/9/2019 2:29:24 AM PST**                                                    Type: RN NOTE

**Subjective**

| "I'm ok" | |
|---|---|

**Objective**

| BP: 96/72 | Temp: 98.2 | Pulse: 97 | Resp: 16 | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

I/P seen in housing during LTSC. Alert, oriented x3, calm and cooperative. VSS and respirations even and unlabored. No tremors. N/V, or diaphoresis noted. Ambulatory with steady gait. No complaints made at this time.

**Assessment**

Altered Health maintenace

## Plan

I/P informed to notify staff of any health changes. Verbalized understanding.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Prenatal Vitamin Plus Low Iron Oral | 27-1 MG | 1 | 11/6/2019 00:00:00 | 1/4/2020 23:59:59 | Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only |

| Diet Name | Start | Stop |
|---|---|---|
| Prenatal | 11/6/2019 00:00:00 PST | 1/6/2020 23:59:59 PST |

Addendum:

---

Helen Sobejana RN POSTED ON 11/9/2019 9:59:52 AM PST                                    Type: RN NOTE

S- "yes, I'm drinking water"

O- Seen in housing for heroin w/d F/U, alert & oriented to name/ time/ place, ambulatory, color is good, skin warm & dry, no rhinorrhea or yawning or N/V. Steady gait.

A- Altered health maintenance

P- Pt. encouraged to drink fluids as tolerated, extra paper cups given, voiced understanding.

Addendum:

---

SOAP NOTE BY: Helen Sobejana RN POSTED ON 11/9/2019 12:56:05 PM PST                     Type: RN NOTE

## Subjective

" withdrawals & terminating prgnancy. been throwing up 3days straight"

## Objective

BP: 121/84      Temp: 98.6      Pulse: 80      Resp: 18      Wt: na      Sa02: na      BS: 146      Pain: na

Seen in medical, ambulatory, alert & oriented to name/ time/ place, claims she is 5 weeks pregnant, G2P1, c/o N/V, on heroin w/d protocol. color is goodm skin war & dry. Denies vaginal bleeding or abd cramping.
She is requesting termination of pregnancy.

## Assessment

Altered health maintenance

## Plan

SNP N/V started. pt. encouraged to drink fluids as tolerated, continue zofran PO, report if no improvement, voiced understanding.

| Appointment Name | | | | Appointment Date | | |
|---|---|---|---|---|---|---|
| OB/GYN | | | | 11/11/2019 12:00:00 AM PST | | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Prenatal Vitamin Plus Low Iron Oral | 27-1 MG | 1 | 11/6/2019 00:00:00 | 1/4/2020 23:59:59 | Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only |

| Diet Name | Start | Stop |
|---|---|---|
| Prenatal | 11/6/2019 00:00:00 PST | 1/6/2020 23:59:59 PST |
| Clear Liquids | 11/9/2019 12:50:01 PM PST | 11/10/2019 11:59:59 PM PST |

| Addendum: | |
|---|---|

SOAP NOTE BY: Carol Gilmore MD POSTED ON 11/10/2019 10:18:22 AM PST          Type: MD NOTE

### Subjective

MDSC: pt pregnant per her report about 5 weeks. She desires termination "for sure". She is WD from heroin and alcohol and c/o intractable vomiting.

### Objective

| BP: 101/79 | Temp: 98 | Pulse: 10 | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

PE: alert conversant

orthostatic

### Assessment

1) IUP w vomiting and mild dehydration

### Plan

Transfer to MOB obs for hydration, zofran 8 TID

referral to PP for termination

| Appointment Name | | | | Appointment Date | | |
|---|---|---|---|---|---|---|
| OB/GYN | | | | 11/11/2019 12:00:00 AM PST | | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Prenatal Vitamin Plus Low Iron Oral | 27-1 MG | 1 | 11/6/2019 00:00:00 | 1/4/2020 23:59:59 | Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Offsite | Planned Parenthood | needs TAB ASAP | Urgent |

| Diet Name | Start | Stop |
|---|---|---|
| Prenatal | 11/6/2019 00:00:00 PST | 1/6/2020 23:59:59 PST |
| Clear Liquids | 11/9/2019 12:50:01 PM PST | 11/10/2019 11:59:59 PM PST |

| Addendum: | |
|---|---|

SERNA, ELISA   400304150 (19769637)

CSD-001236 (Estate of Serna v 20cv2096)

**EXHIBIT C**

Helen Sobejana RN POSTED ON 11/10/2019 10:21:59 AM PST                                  Type: RN NOTE

Orthostatic BP checked per MD: lying down- 110/76 PR 93. sitting- 106/74 PR 97. standing 93/66 PR115.

Addendum:

---

Helen Sobejana RN POSTED ON 11/10/2019 10:30:48 AM PST                                  Type: RN NOTE

Pt. seen at MDSC this morning. Zofran 4mg given PO at the clinic.

Addendum:

---

Carol Gilmore MD POSTED ON 11/10/2019 11:21:04 AM PST                                  Type: MD NOTE

CC pt was never TX for her WD, on zofran now and will order vistaril

Addendum:

---

Merlyn Firme RN POSTED ON 11/10/2019 4:52:45 PM PST                                  Type: RN NOTE

CC done by MD with order noted. Vistaril 50 mg given @ 1300. Pt c/o vomiting after eating dinner. Pt is on clear liquid diet, demanding for milk and was given milk. Encouraged to take sips of water and not gulping water. Voiced understanding. Water pitcher @ bedside.

Addendum:

---

Merlyn Firme RN POSTED ON 11/10/2019 5:45:05 PM PST                                  Type: RN NOTE

Zofran 8 mg given @ 1300 along with her vistaril.

Addendum:

---

SOAP NOTE BY: Hazel Camama RN POSTED ON 11/11/2019 1:15:23 AM PST                                  Type: RN NOTE

**Subjective**

"I can't walk"

**Objective**

| BP: 90/67 | Temp: 97.7 | Pulse: 60 | Resp: 16 | Wt: na | Sa02: 99 | BS: na | Pain: 0 |

Emesis x1 clear liquid. Per other inmates IP continues to induce self to vomit in trash can and floor clear liquid. Skin pink & dry. Amb steady, normal gait, no SOB. Breathing even & unlabored. No shakes/tremors noted. Mood irritable, w/ episodes of agitation but cooperative. Affect dysphoric. IP observed per deputies sitting self gently to ground and proceeding to lay down. When IP was asked to get up she repositioned self to standing position. BP low but asymptomatic. IP was transferred from the ward to iso cell d/t disruptive behavior. As IP was being escorted by deputies to cell ambulating w/ normal gait she was yelling excitedly, "I can't walk" although she was walking w/ bilateral strength in lower extremities & normal gait.

**Assessment**

Altered Health Maintenance

**Plan**

Encouraged to increase fluid intake.

Advised to inform staff if condition worsens.

Verbalized understanding.

SERNA, ELISA   400304150 (19769637)

| Appointment Name | | | | Appointment Date | | |
|---|---|---|---|---|---|---|
| OB/GYN | | | | 11/11/2019 12:00:00 AM PST | | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Prenatal Vitamin Plus Low Iron Oral | 27-1 MG | 1 | 11/6/2019 00:00:00 | 1/4/2020 23:59:59 | Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Offsite | Planned Parenthood | needs TAB ASAP | Urgent |

| Diet Name | Start | Stop |
|---|---|---|
| Prenatal | 11/6/2019 00:00:00 PST | 1/6/2020 23:59:59 PST |
| Clear Liquids | 11/9/2019 12:50:01 PM PST | 11/10/2019 11:59:59 PM PST |

Addendum:

---

Hazel Camama RN POSTED ON 11/11/2019 5:35:26 AM PST      Type: RN NOTE

No further episodes of emesis through the night. IP up and amb around cell steady, normal gait, no SOB. Ate 100% breakfast. No shakes/tremors noted. Skin pink & dry. No further complaints made.

Addendum:

---

SOAP NOTE BY: Lorna Roque RN POSTED ON 11/11/2019 8:40:24 AM PST      Type: RN NOTE

### Subjective

Mob notes
States she keep fainting and vomiting.
" I feel nauseous so I'm trying to throw up. "

### Objective

| BP: 90/59 | Temp: 97.5 | Pulse: 61 | Resp: 16 | Wt: na | Sa02: na | BS: na | Pain: na |
|---|---|---|---|---|---|---|---|

Pt awake and alert in bed.
No c/o stomach pain/cramping.
No vaginal d/c's or LOF.
No visible shaking/tremors noted.
Pt noted at one time sitting this morning on the floor ganging self / forcing self to vomit by placing her fingers in her throat.
Skin warm, dry to touch cap. refill to nail bed < 2sec. Lips dry.

### Assessment

alt health maintenance

### Plan

Pt advised not to force self vomiting.
Drink small frequent sip of water.
Nodded head.

| Appointment Name | | | | | Appointment Date | |
|---|---|---|---|---|---|---|
| OB/GYN | | | | | 11/11/2019 12:00:00 AM PST | |

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Prenatal Vitamin Plus Low Iron Oral | 27-1 MG | 1 | 11/6/2019 00:00:00 | 1/4/2020 23:59:59 | Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Offsite | Planned Parenthood | needs TAB ASAP | Urgent |

| Diet Name | Start | Stop |
|---|---|---|
| Prenatal | 11/6/2019 00:00:00 PST | 1/6/2020 23:59:59 PST |
| Clear Liquids | 11/9/2019 12:50:01 PM PST | 11/10/2019 11:59:59 PM PST |

Addendum:

---

Loma Roque RN POSTED ON 11/11/2019 8:40:54 AM PST                    Type: RN NOTE

Abnormal Vital/Reading: will con't monitor pt.

Blood Pressure Diastolic: 59

Addendum:

---

Carol Gilmore MD POSTED ON 11/11/2019 11:50:47 AM PST                    Type: MD NOTE

OBSC: pt was not brought to clinic d/t her behavior. She wants TAB and referral has already been ordered at PP

Addendum:

---

Carol Gilmore MD POSTED ON 11/11/2019 1:35:51 PM PST                    Type: MD NOTE

CC: pt not brought to OB clinic . She is in iso cell and had a spell not c/w seizure. Pt was given 1 mg ativan and evaluated by Dr von Lintig. Pt desires TAB and that has been arranged

Addendum:

---

SOAP NOTE BY: Friederike VonLintig Medical POSTED ON 11/11/2019 1:53:53 PM PST                    Type: MD NOTE

### Subjective

Seen in MOB for f/u. Finished SNP for ETOH/heroin WD, about 5 weeks pregnant, wants abortion (already has referral), was admitted to MOB for "fainting spells". According to Medical staff there has been high suspicion for I/P staging her "fainting spells" for second gain purposes. Doing better today, denies hx of seizures, says she has been vomiting all of her food and drinks, requesting IV hydration. Of note, I/P was witnessed self-inducing vomiting by putting fingers and at times whole hand into mouth. Denies other acute or chronic Medical issues. Agrees to go back to housing.

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

VS noted, nad
exam unremarkable

### Assessment

SERNA, ELISA   400304150 (19769637)

CSD-001239 (Estate of Serna v 20cv2096)

**EXHIBIT C**

A/P:

1. "Fainting spells":
- will send back to ML
- I/P instructed to rest, ingest only small amounts of food and drink at a time, and refrain from self-induced vomiting
- full liquid diet for 3 days
- already on zofran

I/P agreed with this plan and verbalized good understanding

**Plan**

as above

| Appointment Name | | | | Appointment Date | | |
|---|---|---|---|---|---|---|
| OB/GYN | | | | 11/11/2019 12:00:00 AM PST | | |

| Drug Name | Drug Strength | Quantity | Start | Stop | | Complete Sig |
|---|---|---|---|---|---|---|
| Prenatal Vitamin Plus Low Iron Oral | 27-1 MG | 1 | 11/6/2019 00:00:00 | 1/4/2020 23:59:59 | | Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only |

| Offsite Type | Specialty | Reason | Priority |
|---|---|---|---|
| Offsite | Planned Parenthood | needs TAB ASAP | Urgent |

| Diet Name | Start | Stop |
|---|---|---|
| Prenatal | 11/6/2019 00:00:00 PST | 1/6/2020 23:59:59 PST |
| Clear Liquids | 11/9/2019 12:50:01 PM PST | 11/10/2019 11:59:59 PM PST |
| Full Liquids | 11/11/2019 1:52:58 PM PST | 11/13/2019 11:59:59 PM PST |

Addendum:

---

Lorna Roque RN POSTED ON 11/11/2019 2:03:17 PM PST                    Type: RN NOTE

@ 1300 Pt was told by Dep.4003 she will be moving to mainline.

Per Dep. 4003 pt got up walked around her cot, throw her blanket on the side of the door and placed her water pitcher on the floor. She walked outside cell sat on the wheelchair. When Dep.4003 started to wheeled her, She slowly straightened her body, head resting on the back of the wheelchair and legs dangling straight on the floor. Observed pt not verbally responsive, not following cues/command/ both eyes opened, slightly dilated but reactive to light, body stiff, no shaking/tremors. Pants dry.

Ammonia inhalant used to stimulate/arouse pt noted she was holding her breath with the ammonia.

Pt placed back on her bed left side. Initially O2 sat- was low 87 % RA given O2 via mask. Skin cold to touch. Pt started waking up and talking, removing her O2 mask. " I can't breathe with it" BS-190mg/dl.

Pt awake and alert, oriented to name, place, month and year. Claimed she remember walking to w/c but thought she was on the bus. Moving ext. and refusing to have O2 mask and nasal cannula, C/o hiccup, seen and eval. by Dr. Vonlintig.

Addendum:

Alicia Rabusa RN POSTED ON 11/11/2019 2:11:46 PM PST     Type: RN NOTE

Pt. was given ativan 1 mg po @~1315 per Dr. Gilmore's verbal order. Pt. was given cold water in the pitcher, tolerated a cup of water with 1300 hrs meds, states, "that was cold". Pt. noted had been moving from bed to floor and when given pitcher with cold water, pt was lying awake besides the toilet. When checked a little bit later, pt was holding an empty pitcher, claims she accidentally spilled it. CTO.

Addendum:

---

SOAP NOTE BY: Friederike VonLintig Medical POSTED ON 11/11/2019 2:14:20 PM PST     Type: MD NOTE

### Subjective

Emergency add-on. Was taken out of ISO room in MOB and placed into a wheelchair in order to be taken back to housing as discussed this AM, when I/P suddenly moved backward in wheelchair, stiffening up her entire body, and no longer responding. Was taken down to floor and placed back on mattress in her room. Apparently was holding her breath after amonia was held under her nose for some time. O2 sat initally 87 with essentially otherwise normal VS. When I/P "woke up" she was A&O x3, breathing regularly, speaking in full sentences, but noted to have very cold hands and feet. Ativan 1 mg po had been ordered earlier by another provider upon arrival at the scene before this examiner arrived and it was eventually given to I/P who had no new complaints except for having felt weak again. Denies hx of WD seizures.

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

VS noted, nad, A&O x3

op clear, no tongue bite, neck supple, hands and feet cold to touch, reminder of body feels warm

neuro exam non-focal, no urinary incontinence noted

### Assessment

A/P:

1. "Fainting spell":

- doubt true seizure and suspect second gain

- however, given risk for self-harm and unable to completely exclude Medical cause for claimed weakness and fainting spells, will keep in MOB for obs for one more day

F/U in AM with plan to d/c back to ML then

### Plan

As above

SERNA, ELISA    400304150 (19769637)

CSD-001241 (Estate of Serna v 20cv2096)

**EXHIBIT C**

| Appointment Name | | | | Appointment Date | | |
|---|---|---|---|---|---|---|
| OB/GYN | | | | 11/11/2019 12:00:00 AM PST | | |

| Drug Name | Drug Strength | Quantity | | Start | Stop | Complete Sig |
|---|---|---|---|---|---|---|
| Prenatal Vitamin Plus Low Iron Oral | 27-1 MG | 1 | | 11/6/2019 00:00:00 | 1/4/2020 23:59:59 | Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only |

| Offsite Type | | Specialty | | Reason | | Priority |
|---|---|---|---|---|---|---|
| Offsite | | Planned Parenthood | | needs TAB ASAP | | Urgent |

| Diet Name | | Start | | Stop | |
|---|---|---|---|---|---|
| Prenatal | | 11/6/2019 00:00:00 PST | | 1/6/2020 23:59:59 PST | |
| Clear Liquids | | 11/9/2019 12:50:01 PM PST | | 11/10/2019 11:59:59 PM PST | |
| Full Liquids | | 11/11/2019 1:52:58 PM PST | | 11/13/2019 11:59:59 PM PST | |

Addendum:

---

Lorna Roque RN POSTED ON 11/11/2019 3:44:54 PM PST                    Type: RN NOTE

Abnormal Vital/Reading: sch for mdsc f/u in am

Blood Pressure Diastolic: 54

Addendum:

---

SOAP NOTE BY: Danalee Pascua RN POSTED ON 11/12/2019 3:33:39 AM PST          Type: RN NOTE

### Subjective

"Can you come and check it over here?"

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Received pt lying on her back in her boat bed, with her knees up. Pt called to food flap for vitals @ approx. 1900. Pt able to get up with no problems. Pt ambulatory with steady gait. Verbally responsive. BP wrist cuff placed on pt's right wrist and was told to hold wrist across chest. At that moment, pt leaned toward her left side and slid down wall into sitting position. Door opened by MOB Crpl. Pt noted tensing up arms. Attempted to get BP on left arm, but pt started flexing left arm at elbow. Pt sitting with eyes closed, uncooperative. Unable to get BP at this time. Resp slow, but even and unlabored.

### Assessment

Altered health maintenance

### Plan

Will attempt to recheck vitals when pt more cooperative
Will continue with current plan of care, including hourly checks for signs of life.

| Appointment Name | | | | Appointment Date | | |
|---|---|---|---|---|---|---|
| OB/GYN | | | | 11/11/2019 12:00:00 AM PST | | |

| Drug Name | Drug Strength | Quantity | | Start | Stop | Complete Sig |
|---|---|---|---|---|---|---|
| Prenatal Vitamin Plus Low Iron Oral | 27-1 MG | 1 | | 11/6/2019 00:00:00 | 1/4/2020 23:59:59 | Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only |

| Offsite Type | Specialty | | Reason | | Priority | |
|---|---|---|---|---|---|---|
| Offsite | Planned Parenthood | | needs TAB ASAP | | Urgent | |

| Diet Name | | Start | | | Stop | |
|---|---|---|---|---|---|---|
| Prenatal | | 11/6/2019 00:00:00 PST | | | 1/6/2020 23:59:59 PST | |
| Clear Liquids | | 11/9/2019 12:50:01 PM PST | | | 11/10/2019 11:59:59 PM PST | |
| Full Liquids | | 11/11/2019 1:52:58 PM PST | | | 11/13/2019 11:59:59 PM PST | |

Addendum:

---

Danalee Pascua RN POSTED ON 12/4/2019 8:07:42 AM PST                          Type: REMOVE FROM QUEUE

NOT ACTIVE

Addendum:

---

Lindsay Jameson RN POSTED ON 1/15/2022 10:16:56 AM PST                          Type: RN NOTE

Released from custody

Addendum:



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

2/15/2023 9:17:54 AM PST

### Vital Signs - SERNA, ELISA 19769637

| Date/Time | Blood Pressure | Temperature | Pulse | Respirations | Height | Weight | O2 Sat | Pain | BMI | Mean Arterial Pressure |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/2019 12:33:30 AM | 121 / 66 | 98 | 99 | 18 | 5ft 3in | 120 lb | NA | NA | 21.3 | 84.33 |
| 11/7/2019 3:08:24 AM | 144 / 70 | NA | 71 | NA | NAft NAin | NAlb | NA | NA | NA | 94.67 |
| 11/7/2019 12:42:23 PM | 110 / 68 | 98.4 | 75 | 18 | 0ft 0in | 0 lb | 0 | NA | NA | 82 |
| 11/9/2019 2:29:26 AM | 96 / 72 | 98.2 | 97 | 16 | 0ft 0in | NAlb | NA | NA | NA | 0 |
| 11/9/2019 10:02:51 AM | 97 / 71 | 98.2 | 100 | 18 | 0ft 0in | NAlb | NA | NA | NA | 79.67 |
| 11/9/2019 12:56:05 PM | 121 / 84 | 98.6 | 80 | 18 | 0ft 0in | NAlb | NA | NA | NA | 0 |
| 11/10/2019 10:18:23 AM | 101 / 79 | 98 | 10 | NA | 0ft 0in | NAlb | NA | NA | NA | 0 |
| 11/10/2019 10:18:51 AM | 101 / 77 | 98 | 103 | 18 | 0ft 0in | NAlb | NA | NA | NA | 85 |
| 11/11/2019 1:15:24 AM | 90 / 67 | 97.7 | 60 | 16 | 0ft 0in | NAlb | 99 | 0 | NA | 0 |
| 11/11/2019 8:40:55 AM | 90 / 59 | 97.5 | 61 | 16 | 0ft 0in | NAlb | NA | NA | NA | 0 |
| 11/11/2019 3:44:56 PM | 90 / 54 | 97.7 | 53 | 16 | 0ft 0in | 0 lb | 0 | NA | NA | 66 |

SERNA, ELISA   400304150 (19769637)

CSD-001244 (Estate of Serna v 20cv2096)
**EXHIBIT C**



### Blood Sugars - SERNA, ELISA 19769637

| EnteredBy | EnteredOn | Glucose | Insulin Given | Comment | Type |
|---|---|---|---|---|---|
| helen.sobejana | 11/10/2019 10:19:14 AM | 179 | 0 | | |
| helen.sobejana | 11/9/2019 12:56:05 PM | 146 | 0 | | |



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

**Inmate:** SERNA, ELISA

**Patient ID:** 400304150 (19769637)

**DOB:** 02/25/1995 **Race:** W **Sex:** F

**Ordering Provider:** *PROVIDER NAME NOT REPORTED BY LAB*

**Lab Reference ID:** N/A

**Report Last Updated:** 11/6/2019 4:43:43 AM PST

---

Manual Pregnancy

Test Status: Manual, Final                                                                 Resulted: 11/6/2019 4:43:38 AM PST

| Test Name | Value | Range | Flags | Status | Observation Time |
|-----------|-------|-------|-------|--------|------------------|
| Expiration Date | 11/6/2019 | | | Manual, Final | 11/6/2019 4:43:38 AM PST |
| Pregnancy | Positive | | | Manual, Final | 11/6/2019 4:43:38 AM PST |

MANUAL ENTRY BY Espinoza, Ruth RN on 11/6/2019 4:43:43 AM - Result Date: 11/6/2019 4:43:38 AM

| Control Number | | | | Manual, Final | 11/6/2019 4:43:38 AM PST |

---

SERNA, ELISA   400304150 (19769637)

CSD-001246 (Estate of Serna v 20cv2096)

**EXHIBIT C**



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

## COMPREHENSIVE DETOX SCREEN - Completed by: Leah Testado RN on 11/6/2019 12:37:48 AM PST

| | | |
|---|---|---|
| **Patient:** SERNA, ELISA | **#:** 400304150 (19769637) | **Class:** 3 |
| **DOB:** 2/25/1995 (Age=27) | **Sex:** F | **Race:** W |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 11/6/2019 12:21:14 AM PST | **Release:** 11/12/2019 10:59:00 AM |

**Please choose the screening option of the substance or substances the patient states use of:**

| ☑ Alcohol Screening | ☑ Opiate Screening | ☑ Benzodiazepine Screening |
|---|---|---|

_____

**ALCOHOL WITHDRAWAL SCREENING**

**1. How many days a week do you drink?**

- 🔘 Less than 5
- ⚪ 5 or greater

**2. How many drinks do you have each time you drink?**

- ⚪ Less than 2
- 🔘 3 to 5
- ⚪ More than 5

**3. When you wake up the day after drinking do you experience?**

- ☑ A. Sweating
- ☑ B. Shaking in hands or body
- ☐ C. Alcohol relieves these symptoms
- ☑ D. Wanting or needing a drink
- ☐ E. None of the above

**4. Do you have or are you experiencing:**

- ☑ A. Tremors or shakes
- ☑ B. Sweating related to withdrawal
- ☐ C. Heart Palpitations
- ☑ D. Headache
- ☑ E. Nausea or vomiting due to withdrawal
- ☐ F. Visual or sensory hallucinations

SERNA, ELISA   400304150 (19769637)

CSD-001247 (Estate of Serna v 20cv2096)

**EXHIBIT C**

☐ G. None of the above

**5. Have you ever had seizures or hallucinations after periods of abstaining from drinking?**

○ A. Yes
● B. No

**6. Do you have any of the following:**

☐ A. Liver Disease
☐ B. Lung Disease
☐ C. Heart Disease
☐ D. Kidney Disease
☐ E. Diabetes
☐ F. Seizure Disorder
☑ G. None of the above

**Techcare will make a recommendation based on above information**

_____

**OPIATE WITHDRAWAL SCREENING**

1. Is the patient currently exhibiting opiate withdrawal symptoms (sweating, restlessness, dilated pupils, bone/joint aches, rhinitis/tearing, GI upset, tremor, yawning, irritability, gooseflesh skin)?

☐ Yes
☑ No

**2. Last opiate use:**

● 3 or fewer days ago
○ 4 or more days ago

**Number of days use per week**

○ 3 or fewer days
○ 4 or more days
● Daily

4. Is the patient pregnant?

☑ Yes
☐ No

_____

**BENZODIAZEPINE WITHDRAWAL SCREENING**

**Benzodiazepine use is:**

○ 3 or less days of the week

● 4 or more days of the week

| Clonazepam(Klonopin)/Alprazolam(Xanax) | Lorazepam(Ativan) | Diazepam(Valium) |
|---|---|---|
| ☐ <=2 | ☐ <=4 | ☐ <=40 |
| ☐ 3-4 | ☐ 5-9 | ☐ 40-80 |
| ☐ 5-6 | ☐ 10-12 | ☐ 80-120 |
| ☑ >=7 | ☐ >=12 | ☐ >=120 |

Have you ever had seizures or hallucinations after stopping or running out of benzodiazepines?

☐ Yes

☑ No



## MOB NURSING ADMISSIONS FORM - Completed by: Merlyn Firme RN on 11/10/2019 11:03:47 AM PST

| | | |
|---|---|---|
| **Patient:** SERNA, ELISA | **#:** 400304150 (19769637) | **Class:** 3 |
| **DOB:** 2/25/1995 (Age=27) | **Sex:** F | **Race:** W |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 11/6/2019 12:21:14 AM PST | **Release:** 11/12/2019 10:59:00 AM |

Current Allergies

No Known Drug Allergy

☐ Patient Refused

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
|---|---|---|---|---|---|---|---|---|
| / | | | | | | | 0 | 0 |
| Weight | BMI | MAP | | | | | | |

**This form will admit the patient into the Infirmary - Level 1, Infirmary - Provider, and Infirmary - CHT Admission Management Queues.**

Admitted from:

11/10/19

### Reason/Need for Infirmary Admission:

| | | |
|---|---|---|
| ☐ Colonoscopy | ☐ IV Antibiotics | ☐ Complex Wound Care |
| ☐ Oxygen | ☐ ISO Precautions | ☐ ADA Issue |
| ☐ Pregnancy | ☐ Dialysis | ☑ Other |

Other:

Hydration , pregnant withdrawing from heroin and alcohol

Nursing Diagnosis:

Potential for DHN

### Suicide Watch:

○ Yes
● No

○ Active
○ Potential

**Diet:**

**Diet:**

- ⚪ Change
- 🔘 No Change

**Labs:**

- ⚪ Order
- 🔘 None Indicated

**Wound Care:**

| ☐ New Order | ☐ Change | ☑ None Indicated |
|---|---|---|

**Additional Orders:**

| ☐ Circ-Motor-Sensory | ☐ Neuro Checks | ☑ None Indicated |
|---|---|---|

**Medications:**

| ☐ All Current active medications reviewed | ☑ New medications ordered | ☐ None indicated |
|---|---|---|

**Treatments:**

| ☐ Oxygen | ☐ CPAP | ☐ Ostomy Care |
|---|---|---|
| ☐ Catheter Care | ☐ Tube Feedings/PEG tube | ☐ Implanted Port Flush |
| ☐ IV Therapy | ☐ PICC Line | ☐ Other |
| ☑ None Indicated | | |

Other:

Is CPAP Patient Owned?

- ☐ Yes
- ☐ No

**Intake/Output:**

- ⚪ Yes
- 🔘 No

**Activity Level:**

| ☑ Up ad lib | ☐ Non Weight Bearing | ☐ Bed Rest |
|---|---|---|
| ☐ Bathroom Privileges Only | ☐ Other | |

| ☐ Right Lower Extremity | ☐ Right Upper Extremity | ☐ Left Lower Extremity |
|---|---|---|
| ☐ Left Upper Extremity | ☐ Bilateral Lower Extremities | ☐ Bilateral Upper Extremities |

Other:

## Special Needs:

- ( ) Yes
- (●) No

- [ ] Crutches
- [ ] Cane
- [ ] Wheelchair
- [ ] Walker
- [ ] Shower Chair
- [ ] Mechanical Lift
- [ ] Cast/Splint

Location

## Isolation Precautions:

- ( ) Yes
- (●) No

- [ ] Sick call appointment for provider follow-up made for next available work day

Comments:

Pt was just seen by MD pregnant withdrawing from heroin and alcohol. With order to admit in MOB for po hydration.

Received pt from medical @ 1040 via w/c for easy transport. Pt alert and oriented x3, ambulatory with steady gait. No c/o abdominal cramping or vaginal bleeding. Given a pitcher of water and paper cups. Encouraged increase fluid intake as tolerated. Voiced understanding. Reported vomiting x1 while fixing her bed. Was given zofran prior to coming in MOB. Will CTO.



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

2/15/2023 9:20:01 AM PST

## MANDOWN ASSESSMENT - Completed by: Danalee Pascua RN on 11/12/2019 3:49:05 AM PST

| | | |
|---|---|---|
| **Patient:** SERNA, ELISA | **#:** 400304150 (19769637) | **Class:** 3 |
| **DOB:** 2/25/1995 (Age-27) | **Sex:** F | **Race:** W |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 11/6/2019 12:21:14 AM PST | **Release:** 11/12/2019 10:59:00 AM |

☑ Primary Survey    ☐ Secondary Survey

Time Medical informed: 2007 Arrived at Scene: 2009

Scene is Safe:

☑ Yes

☐ No

Number of patients:

1

## Responders:

Scene Manager:

RN 6109

Team Leader:

RN 3890

Members:

RN 6109, RN 6490, RN 6182, RN 3890, RM 5407, RN 6474, and RN 5396

Spinal Alignment maintained:

☑ Yes

☐ No

Patient Observed/Presentation:

24 year old pregnant female pt found lying on back in MOB ISO cell by RN 6109 and RN 6490 at 2005. Pt non responsive, pulseless with no breathing present. Pt was pale and cool to the touch, with vomiting noted around body.

Mechanism of Injury/CC:

No visible signs of trauma or injury present.

Injury/Signs of Trauma:

No visible signs of trauma or injury present.

SERNA, ELISA   400304150 (19769637)

CSD-001253 (Estate of Serna v 20cv2096)
**EXHIBIT C**

**Sign & Symptoms:**

Unresponsive,no breathing,nop ulse,cyanotic

**Treatment:**

CPR initiated @ 2009 by Cpl. 5010. Then RN 6182 took over CPR @ 2010. RN 6109 was bagging pt. AED pads placed on pt. at 2011 by RN 3890. Heart rhythm analyzed by AED two times. CPR continued. First dose of Narcan given at 2013 by RN 6109. Second dose of Narcan given at 2014 by RN 6109. Suctioning of pt mouth performed by RN 3890. Then CPR taken over by RN 3890. No medications given. Paramedics arrived on scene at 2016. Paramedics assumed care after.

**Oxygen:**

☑ Yes

☐ No

**AED:**

☑ Yes

☐ No

**CPR:**

☑ Yes

☐ No

**IVF:**

☐ Yes

☑ No

**Primary Survey:**

**Airway: Patent;**

☐ Yes

☑ No

**Breathing: Equal/bilateral;**

☐ Yes

☑ No

**Circulation: Pulses, Equal/bilateral;**

☐ Yes

☑ No

**Skin:**

Pt pale and cool to touch.

**Disability: Orientation;**

Non-responsive.

Pupils:

Dilated

Motor Function:

None present

Expose:

no visible injuries.Cyanotic

**Secondary Survey:**

**Vital Signs:**

☐ **Patient Refused**

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
|---|---|---|---|---|---|---|---|---|
| na / na | na | 0 | 0 | na | na | na | 0 | 0 |

| Weight | BMI | MAP |
|---|---|---|
| | | NA |

Head:

no trauma

Neck:

na

Chest:

no rise and fall of chest

Abdomen/Pelvis:

pregnant

Extremities:

no movement,cold and clammy

Notes:

24 year old pregnant female pt found lying on back in MOB ISO cell by RN 6109 and RN 6490 at 2005. Pt non responsive, pulseless with no breathing present. Pt was pale and cool to the touch, with vomiting noted around body. No visible signs of trauma or injury present. Medical staff notified of mandown at 2007. Medical staff arrived on scene at 2009. CPR initiated @ 2009 by Cpl. 5010. Then RN 6182 took over CPR @ 2010. RN 6109 was bagging pt. AED pads placed on pt. at 2011 by RN 3890. Heart rhythm analyzed by AED two times. CPR continued. First dose of Narcan given at 2013 by RN 6109. Second dose of Narcan given at 2014 by RN 6109. Suctioning of pt mouth performed by RN 3890. Then CPR taken over by RN 3890. No medications given. Paramedics arrived on scene at 2016. Paramedics assumed care after.

SERNA, ELISA   400304150 (19769637)

**Disposition:**

Pt pronounced dead on scene at 2023 per Dr. Liu from Grossmont hospital.



San Diego County Sheriff's Department
9621 Ridgehaven Ct.
San Diego, CA 92123

2/15/2023 9:21:27 AM PST

**EMAR**

| | | |
|---|---|---|
| **Patient:** SERNA, ELISA | **#:** 400304150 (19769637) | **Class:** 3 |
| **DOB:** 2/25/1995 (Age=27) | **Sex:** F | **Race:** W |
| **Housing:** - - - - | **Court Date:** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 11/6/2019 12:21:14 AM PST | **Release:** 11/12/2019 10:59:00 AM |

**hydrOXYzine Pamoate Oral 50 MG Capsule** 11/10/2019 8:00:00 AM - 11/12/2019 11:59:59 PM Gilmore, Carol MD
Take 50 mg by mouth TWICE DAILY for 3 day(s). Dispense 6 capsule. 0 Refill(s) Profile Only
Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| Hours | Nov 10 | Nov 11 | Nov 12 |
|---|---|---|---|
| 0800 | X | X | |
| | | | |
| | | | |
| 2000 | X | | |

Administered - Alicia Rabusa RN - 11/11/2019 9:17:02 AM
Administered - Hazel Camama RN - 11/10/2019 9:10:27 PM
Administered - Merlyn Firme RN - 11/10/2019 8:00:00 AM

CSD-001263 (Estate of Serna v 20cv2096)
**EXHIBIT C**

| Patient: | SERNA, ELISA | #:400304150 (19769637) | | Class: | 3 |
|---|---|---|---|---|---|
| DOB: | 2/25/1995 (Age=27) | Sex: | F | Race: | W |
| Housing: | - - - - | Court Date: | | Type: | |
| Status: | NOT ACTIVE | Booking Date: | 11/6/2019 12:21:14 AM PST | Release: | 11/12/2019 10:59:00 AM |

**Ondansetron Oral 8 MG Tablet Disintegrating** 11/10/2019 8:00:00 AM - 11/16/2019 11:59:59 PM Gilmore, Carol MD

Take 8 mg by mouth THREE TIMES DAILY for 7 day(s). Dispense 21 tablet disintegrating. 0 Refill(s)

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| Hours | Nov 10 | Nov 11 | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 |
|---|---|---|---|---|---|---|---|
| 0800 | X | X | | | | | |
| 1300 | C | X | | | | | |
| | | | | | | | |
| 2000 | NIC | | | | | | |

Administered - Alicia Rabusa RN - 11/11/2019 1:00:00 PM

Administered - Alicia Rabusa RN - 11/11/2019 9:17:02 AM

Administered - Hazel Camama RN - 11/10/2019 9:10:27 AM

Not Administered - Not in Cell - Jerome Bayaua LVN - 11/10/2019 1:31:08 PM

Administered - Merlyn Firme RN - 11/10/2019 1:00:00 PM

Administration Cancelled - Merlyn Firme RN - 11/10/2019 10:50:40 AM

| Patient: | SERNA, ELISA | #:400304150 (19769637) | | Class:3 |
| --- | --- | --- | --- | --- |
| DOB: | 2/25/1995 (Age=27) | Sex:F | | Race:W |
| Housing: | - - - - | Court Date: | | Type: |
| Status: | NOT ACTIVE | Booking Date:11/6/2019 12:21:14 AM PST | | Release:11/12/2019 10:59:00 AM |

**Ondansetron Oral 4 MG Tablet Disintegrating** 11/6/2019 8:00:00 AM - 11/10/2019 11:59:59 PM Tran, Quoc MD

Take 4 mg by mouth TWICE DAILY for 5 day(s). Dispense 10 tablet disintegrating. 0 Refill(s) TORB

Allergies:

| Allergies: |
| --- |
| No Known Drug Allergy |

| | Nov | Nov | Nov | Nov | Nov |
| --- | --- | --- | --- | --- | --- |
| **Hours** | **6** | **7** | **8** | **9** | **10** |
| 0800 | | X | X | X | X |
| | | | | | |
| | | | | | |
| 2000 | X | X | X | X | |

Administered - Jerome Bayaua LVN - 11/10/2019 8:44:52 AM

Administered - Maria Germono RN - 11/9/2019 8:18:53 PM

Administered - Jerome Bayaua LVN - 11/9/2019 9:40:44 AM

Administered - Danalee Pascua RN - 11/8/2019 10:40:17 PM

Administered - Misty Baccellia LVN - 11/8/2019 2:36:34 AM

Administered - Misty Baccellia LVN - 11/7/2019 9:37:29 PM

Administered - Tina Cox LVN - 11/7/2019 9:24:28 AM

Administered - Charmaine Bernarte RN - 11/6/2019 8:00:00 PM

**Ondansetron Oral 4 MG Tablet Disintegrating** 11/12/2019 12:00:00 AM - 11/17/2019 11:59:59 PM Tran, Quoc MD

Take 4 mg by mouth TWICE DAILY for 6 day(s). Dispense 10 tablet disintegrating. 0 Refill(s)

Allergies:

| Allergies: |
| --- |
| No Known Drug Allergy |

| Hours | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 | Nov 17 |
|---|---|---|---|---|---|---|
| 0800 | | | | | | |
| | | | | | | |
| | | | | | | |
| 2000 | | | | | | |

| | | | |
|---|---|---|---|
| **Patient:** SERNA, ELISA | **#:** 400304150 (19769637) | | **Class:** 3 |
| **DOB:** 2/25/1995 (Age=27) | **Sex:** F | | **Race:** W |
| **Housing:** - - - - | **Court Date:** | | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 11/6/2019 12:21:14 AM PST | | **Release:** 11/12/2019 10:59:00 AM |

**Ondansetron Oral 4 MG Tablet Disintegrating** 11/6/2019 8:00:00 PM - 11/11/2019 7:59:00 PM Tran, Quoc MD

Take 4 mg by mouth TWICE DAILY for 5 day(s). Dispense 10 tablet disintegrating. 0 Refill(s) TORB

Allergies:

| Allergies: |
|---|
| No Known Drug Allergy |

| Hours | Nov 6 | Nov 7 | Nov 8 | Nov 9 | Nov 10 | Nov 11 |
|---|---|---|---|---|---|---|
| 0800 | | | | | | |
| | | | | | | |
| | | | | | | |
| 2000 | | | | | | |

| Patient: | SERNA, ELISA | | #:400304150 (19769637) | Class: | 3 |
| DOB: | 2/25/1995 (Age=27) | | Sex: F | Race: | W |
| Housing: | - - - - | | Court Date: | Type: | |
| Status: | NOT ACTIVE | | Booking Date: 11/6/2019 12:21:14 AM PST | Release: | 11/12/2019 10:59:00 AM |

**Prenatal Vitamin Plus Low Iron Oral 27-1 MG Tablet** 11/6/2019 12:00:00 AM - 1/4/2020 11:59:59 PM Montgomery, Jon DO
Take 27-1 mg by mouth ONCE DAILY for 60 day(s). Dispense 60 tablet. 0 Refill(s). *per SNP. Profile Only

Allergies:

Allergies:

No Known Drug Allergy

| Hours | Nov 7 | Nov 8 | Nov 9 | Nov 10 | Nov 11 | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 | Nov 17 | Nov 18 | Nov 19 | Nov 20 | Nov 21 | Nov 22 | Nov 23 | Nov 24 | Nov 25 | Nov 26 | Nov 27 | Nov 28 | Nov 29 | Nov 30 | Dec 1 | Dec 2 | Dec 3 | Dec 4 | Dec 5 | Dec 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Dec 8 | Dec 9 | Dec 10 | Dec 11 | Dec 12 | Dec 13 | Dec 14 | Dec 15 | Dec 16 | Dec 17 | Dec 18 | Dec 19 | Dec 20 | Dec 21 | Dec 22 | Dec 23 | Dec 24 | Dec 25 | Dec 26 | Dec 27 | Dec 28 | Dec 29 | Dec 30 | Dec 31 | Jan 1 | Jan 2 | Jan 3 | Jan 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Administered - Jerome Bayaua LVN - 11/10/2019 8:44:52 AM
Administered - Jerome Bayaua LVN - 11/9/2019 9:40:45 AM
Administered - Misty Baccellia LVN - 11/8/2019 2:36:35 AM
Administered - Tina Cox LVN - 11/7/2019 9:24:28 AM