UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ELISA SERNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 20-cv-2096-BAS-DDL<br><br>**ORDER:**<br><br>1) **GRANTING JOINT MOTION FOR RELEASE OF JUVENILE DEPENDENCY RECORDS [Dkt. No. 473];**<br><br>2) **REQUIRING REDACTIONS TO CSD 316-324;**<br><br>**and**<br><br>3) **REGARDING REDACTIONS TO SERNA 00335, 36, and 37 and SERNA 00326-00334** |

Before the Court are the parties' Joint Motion for Order to Compel Production of Elisa Serna's Juvenile Dependency Records [Dkt. No. 473]; Plaintiffs' Status Report Regarding Redactions [Dkt. No. 474]; and Defendant Von Lintig's Supplemental Briefing Regarding De-Designation of CSD 316-324 [Dkt. No. 475]. Having considered the parties' various moving papers, the Court **ORDERS** as follows:

1. The parties' joint motion compelling the production of Elisa Serna's juvenile dependency records [Dkt. No. 473] is **GRANTED**. The Court finds that the records are

relevant to the litigation and that any privacy concerns can be mitigated by designation of the records pursuant to a protective order.  *See Meyer v. Cnty. of San Diego*, No 21-cv-341-RSH-BLM, 2024 WL 86603, at **5-6 (S.D. Cal. Jan. 8, 2024) (finding the district court has the authority to order production of juvenile case records); *see also* Cal. Welf. & Inst. Code § 827(a)(2) (recognizing diminished confidentiality of records relating to deceased juvenile).  The County Defendants are hereby **ORDERED** to produce Elisa Serna's juvenile dependency records currently in the County Defendants' possession, custody and control to all other parties by not later than **May 30, 2024**.  **These records shall be treated as confidential pursuant to the operative protective order**.

2. Defendant Von Lintig's request that any email addresses contained in documents CSD 316-324 be redacted, including any hyperlinked email addresses, is **GRANTED**.  *See* Dkt. No. 475.  All parties are **ORDERED** to redact this information from documents CSD 316-324 before disseminating or otherwise publishing them.

3. The Court is in receipt of the parties' status reports [Dkt. Nos. 474, 477] and understands Defendants are still in the process of reviewing video footage of Elisa Serna in her cell.  The parties are **ORDERED** to file a further status report regarding their positions as to the proposed blurring of SERNA00335, 36, and 37 by not later than **June 1, 2024**.  SERNA00335, 36, and 37 shall continue to be treated as confidential in the interim.  The parties report they are in agreement as to Plaintiffs' proposed redactions to the Fire Department Report (SERNA-00326-00334).  The redacted version of SERNA-00326-00334 is no longer subject to the protective order.  Dissemination of the unredacted document is prohibited.

**IT IS SO ORDERED.**

Dated: May 23, 2024

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge