EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA  92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ELISA SERNA, by and through its personal administrator, Douglas Gilliland; S.H., a minor, by and through her guardian ad litem Paloma Serna; MICHEL SERNA; and PALOMA SERNA,<br><br>                 Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE in his individual capacity, BARBARA LEE, in her individual capacity, MARK O'BRIEN, in his individual capacity, FRIEDERIKE C. VON LINTIG, in her individual capacity, LORNA ROQUE, in her individual capacity, DANALEE PASCUA, in her individual capacity,  HAZEL CAMAMA, in her individual capacity, COAST CORRECTIONAL MEDICAL GROUP, and DOES 1-100,<br><br>                 Defendants. | CASE NO. 20-cv-2096-BAS(DDL)<br><br>NOTICE OF SETTLEMENT |

All parties in this case have agreed to a global settlement after a mandatory settlement conference with Magistrate Judge David Leshner on June 28, 2024. The Plaintiffs will need to file a motion for court approval of a minor's compromise as to plaintiff S.H.  Plaintiffs will move to dismiss this case with prejudice within three days of receipt of the settlement proceeds.

Respectfully submitted,

IREDALE & YOO, APC

Dated:  July 1, 2024

_s/ Eugene Iredale_
EUGENE IREDALE
JULIA YOO
Attorneys for Plaintiffs