**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF ELISA SERNA, *et al.*, | Case No. 20-cv-02096-BAS-DDL |
| Plaintiffs, | |
| v. | **ORDER REGARDING NOTICE OF SETTLEMENT** |
| COUNTY OF SAN DIEGO, *et al.*, | **(ECF No. 504)** |
| Defendants. | |

After the parties participated in a Mandatory Settlement Conference before the Honorable David D. Leshner, Plaintiffs filed a Notice of Settlement on July 1, 2024. (ECF No. 504.) Plaintiffs anticipate filing a motion for approval of a minor's compromise before ultimately moving to dismiss this case. (*Id.*) Accordingly, in light of the parties' global settlement, the Court **TERMINATES** the pending motions without prejudice (ECF Nos. 290, 291, 293, 295, 297, 305, 306, 308, 315, 335, 341, 376, 391, 395).

**IT IS SO ORDERED.**

**DATED: July 2, 2024**

Hon. Cynthia Bashant
United States District Judge

- 1 -